UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY L. WEAVER
    Plaintiff,

Case No. 1:14-cv-1156

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**; and

pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff. .


Dated: January 15, 2016                            /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge